UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-24082 |
| ALMA D. TORRES, | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | DuPage |
| Debtor(s) | ) | |

### ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being fully advised in the premises, and due notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED THAT:

1. The Debtor's plan payment default is deferred to the end of her chapter 13 plan.

2. The Debtor's monthly plan payment is increased to $450.00.

Enter:

Honorable Janet S. Baer

United States Bankruptcy Judge

Dated:  June 12, 2020

**Prepared by:**

Jeffrey A. Soufal, ARDC# 6227155
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100